**BRYAN CAVE LLP**
Robert Padway, California Bar No. 48439
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:   (415) 675-3400
Facsimile:    (415) 675 3434
E-Mail:        robert.padway@bryancave.com

**BRYAN CAVE LLP**
K. Lee Marshall, *pro hac vice*
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone:   (314) 259-2000
Facsimile:    (314) 259-2020
E-Mail:        klmarshall@bryancave.com

Attorneys for Plaintiff
ALZHEIMER'S INSTITUTE OF AMERICA

[Complete list of Defendants and their counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COMENTIS, INC., and OKLAHOMA MEDICAL RESEARCH FOUNDATION,<br><br>Defendants. | Case No. 3:09-cv-02772-VRW<br><br>**[PROPOSED] ORDER ADOPTING PARTIES STIPULATION MODIFYING BRIEFING SCHEDULE FOR DEFENDANT OKLAHOMA MEDICAL RESEARCH FOUNDATION'S MOTION TO DISMISS** |

   Before this Court is the parties' Stipulation Modifying Briefing Schedule For Defendant Oklahoma Medical Research Foundation's Motion to Dismiss. After having reviewed the Stipulation and having found good cause exists, the Stipulation is hereby GRANTED. The following schedule shall apply to Defendant Oklahoma Medical

Research Foundation's pending Motion to Dismiss. (Doc. 27).

| Sept. 23, 2009 | OMRF's Motion to Dismiss for Lack of Personal Jurisdiction and/or Motion to Transfer Venue Filed |
|---|---|
| Sept. 30, 2009 | AIA to Serve Defendants With Discovery Requests on Personal Jurisdiction and Venue Issues |
| Oct. 14, 2009 | Defendants to Respond to AIA's Discovery Requests on Personal Jurisdiction and Venue Issues |
| Oct. 21, 2009 | Defendants' 30(b)(6) Deposition on Personal Jurisdiction and Venue Issues to be Completed |
| Oct. 28, 2009 | Parties to file Response to Motion to Dismiss |
| Nov. 4, 2009 | OMRF to File Reply in Support of Motion to Dismiss reply due no later than 4:00 PM, 11/4/09. |
| Nov. 12, 2009 | Hearing on OMRF's Motion to Dismiss (at the Court's convenience) |

IT IS SO ORDERED.

Dated: October _21_, 2009



_____ Walker
Chief Judge Vaughn R Walker, United States District Court